**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE JERCICH,<br><br>        **Plaintiff,**<br><br>  v.<br><br>COUNTY OF MERCED, JOHN HERRELL, DEIRDRE KELSEY, JOHN L. FAGUNDES, LEON MARTINEZ, WILLIAM NICHOLSEN, LEO ROBERT AYERS, AND RICHARD GRAVES; DOES 1-10,<br><br>        **Defendants.** | 1:06-CV-00232-OWW-DLB<br><br>**ORDER GRANTING PLAINTIFF GEORGE JERCICH EXTENSION TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

    Oral arguments on Defendants' motion to dismiss took place on August 7, 2006. At oral arguments, Plaintiff's request for an extension to file an opposition to Defendants' motion was granted. Plaintiff was given until October 9, 2006 to oppose Defendants' motion. On October 3, 2006 the court received a letter from Plaintiff requesting an <u>additional</u> 30 days to file his opposition. Plaintiff cites health reasons as the cause for his inability to oppose Defendants' motion by the deadline of October 9, 2006.

    Plaintiff is granted an additional 30 days from the date of service of this order to file his opposition. Under absolutely no circumstances will the court entertain an additional extension beyond this order.

**SO ORDERED.**

Dated: 10/4/06                    /s/ Oliver W. Wanger

                                  **OLIVER W. WANGER**
                                  **United States District Judge**

1