**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE JERCICH,<br><br>             Plaintiff,<br><br>    v.<br><br>COUNTY OF MERCED, JOHN HERRELL, DEIRDRE KELSEY, JOHN L. FAGUNDES, LEON MARTINEZ, WILLIAM NICHOLSEN, LEO ROBERT AYERS, AND RICHARD GRAVES; DOES 1-10,<br><br>             Defendants. | 1:06-CV-00232-OWW-DLB<br><br>ERRATA TO ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS |

The order granting in part and denying in part Defendants' motion to dismiss filed December 19, 2006 is modified as follows:

At page 38:25 change "granted" to "filed." The final sentence on page 38 should read, "Any amended complaint shall be filed within twenty (20) days of the date of service of this decision."

IT IS SO ORDERED.

**Dated:   December 21, 2006**                 **/s/ Oliver W. Wanger**
dd0l0                                          UNITED STATES DISTRICT JUDGE

1